IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

RICHARD OJEDA,

    Plaintiff,

v.                                                        Civil Action 3:19-cv-00613

DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

**DEFENDANT'S NOTICE OF TIME PERIOD
TO SERVE ANSWER OR OTHERWISE PLEAD TO COMPLAINT**

Defendant United States Department of Veterans Affairs ("VA" or "Defendant"), by counsel, respectfully submits this notice to the Court of the commencement and expiration dates for the time period in which the VA must serve an answer or otherwise plead to the Complaint.

1.    On August 22, 2019, Plaintiff Richard Ojeda ("Plaintiff") filed the above-styled Complaint in this action pursuant to the provisions of the Freedom of Information Act ("FOIA"), 5 USC § 552.  FOIA provides that "[n]otwithstanding any other provision of law, the defendant shall serve an answer or otherwise plead to any complaint made under this subsection within thirty days after service upon the defendant of the pleading in which such complaint is made, unless the court otherwise directs for good cause shown." 5 USC § 552(a)(4)(C). *See also* Fed. R. Civ. P. 4(i) (specifying requirements for service).

2.    On September 18, 2019, Plaintiff served a copy of the Summons and Complaint on the VA, thereby commencing the 30-day time period in which the VA has to serve an answer or otherwise plead to the Complaint. The 30-day period is presently due to expire on October 18, 2019.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

**s/ Jennifer M. Mankins**
Jennifer M. Mankins (W.Va. Bar No. 9959)
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Phone: 304-345-2200
Fax: 304-347-5443
Email: jennifer.mankins@usdoj.gov
*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

RICHARD OJEDA,

      Plaintiff,

v.                                                     Civil Action 3:19-cv-00613

DEPARTMENT OF VETERANS AFFAIRS,

      Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2019, I electronically filed the foregoing ***Defendant's Notice of Time Period to Serve Answer or Otherwise Plead to Complaint*** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

      Teresa C. Toriseva (WVSB #6947)
      Toriseva Law Firm
      1446 National Road
      Wheeling, WV 26003
      T: 304-238-0066
      F: 304-238-0149
      E: justice@torisevalaw.com
      *Counsel for Plaintiff*

                                      **s/ Jennifer M. Mankins**
                                      Jennifer M. Mankins (W.Va. Bar No. 9959)
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      300 Virginia Street, East, Room 4000
                                      Charleston, WV 25301
                                      Phone: 304-345-2200
                                      Fax: 304-347-5443
                                      Email: jennifer.mankins@usdoj.gov
                                      *Counsel for Defendant*